REGAN, Respondent, v. EHRICH et al., Appellants. (City Court of New York, General Term. October 30, 1896.) Action by Cornelius F. Regan against Samuel W. Ehrich and another. F. C. Eustic, for appellants. A. P. Wagener, for respondent.

PER CURIAM. Upon this appeal appellants urge a reversal for the reason, as they argue, that the evidence shows contributory negligence by plaintiff. We have carefully examined the record, and cannot agree with appellants' contention. There is nothing in the appeal record which would justify us in declaring the finding of the jury that plaintiff was not guilty of negligence was wrong. We always favor upholding the finding of a jury upon a question of fact unless it is clearly and indisputably apparent that the jury were influenced by sympathy, prejudice, passion, or disregard of evidence,—something which, in our judgment, did not happen herein. Judgment must be affirmed, with costs.

REIFSNYDER et al., Respondents, v. SLAVIN et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 8, 1896.) Action by Howard Reifsnyder and others against Thomas Slavin and others. No opinion. Judgment affirmed, with costs. All concur.

REINHART, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Bernhart Reinhart against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with costs. All concur.

REYNOLDS et al., Appellants, v. ALBANY SAV. BANK et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 8, 1896.) Action by Sarah A. Reynolds and Clarence N. Reynolds against the Albany Savings Bank and others. No opinion. Order affirmed, without costs. All concur.

REYNOLDS et al., Appellants, v. NATIONAL UNION BANK OF KINDERHOOK et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 8, 1896.) Action by Sarah A. Reynolds and Clarence N. Reynolds against the National Union Bank of Kinderhook and others. No opinion. Order affirmed, without costs. All concur.

ROCHESTER & K. F. LAND CO., Respondent, v. ROE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by the Rochester & Kettle Falls Land Company against John O. Roe. No opinion. Motion denied, with $10 costs. All concur. See 40 N. Y. Supp. 72, 799.

ROMER, Respondent, v. STEINWAY RY. CO. OF LONG ISLAND CITY, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1896.) Action by James Isaac Romer against the Steinway Railway Company of Long Island City. No opinion. Judgment and order unanimously affirmed, with costs.

ROSSGOG, Appellant, v. BRAINE, Respondent. (Supreme Court, Appellate Division, Second Department. December 15, 1896.) Action by Julie Rossgog against Mary Braine. No opinion. Motions to dismiss appeals granted unless the appellants file the appeal papers with the clerk on or before December 21, 1896. If the papers are so filed, the motions are denied, without costs.

ROST, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1896.) Action by Ernst Rost against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

ROUSS, Respondent, v. McDONELL, Appellant. (Supreme Court, Appellate Division, Third Department. September 29, 1896.) Action by Charles B. Rouss against Russell J. McDonell. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

ROWELL v. LAMBERT. (Supreme Court, Appellate Division, First Department. July, 1896.) Action by George P. Rowell against Edward W. Lambert. No opinion. Motion denied, with $10 costs. See 38 N. Y. Supp. 1149.

In re RUPPANER. (Supreme Court, Appellate Division, First Department. June, 1896.) In the matter of Antoine Ruppaner. No opinion. Motion denied. See 37 N. Y. Supp. 429, 39 N. Y. Supp. 763, 1131, and 41 N. Y. Supp. 212.